# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: TSC Solutions, Inc. | § | Case No. 12-10482 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Alfred T. Giuliano, Trustee (DE), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $3,719,963.57             Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00             Claims Discharged
                                                  Without Payment: N/A

Total Expenses of Administration:$4,528.73

3) Total gross receipts of $      4,528.73     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00      (see **Exhibit 2**), yielded net receipts of $4,528.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,033,291.31 | $3,400,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,423.44 | 4,528.73 | 4,528.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 54,673.51 | 54,673.51 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,847.03 | 5,847.03 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,549,329.08 | 238.30 | 238.30 | 0.00 |
| **TOTAL DISBURSEMENTS** | $27,582,620.39 | $3,468,182.28 | $65,287.57 | $4,528.73 |

4) This case was originally filed under Chapter 11 on February 12, 2012 and it was converted to Chapter 7 on May 08, 2012.The case was pending for 89 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/15/2019_____   By:_ /s/Alfred T. Giuliano, Trustee (DE)_____
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous Refunds | 1229-000 | 529.85 |
| Tax Refunds | 1224-000 | 3,998.88 |
| **TOTAL GROSS RECEIPTS** | | **$4,528.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | PNC Bank, National Association | 4210-000 | N/A | 3,400,000.00 | 0.00 | 0.00 |
| NOTFILED | Monomoy Capital Holdings III, Inc. | 4210-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Monomoy Capital Holdings III, Inc. | 4210-000 | 15,958,867.74 | N/A | N/A | 0.00 |
| NOTFILED | Monomoy Capital Holdings III, Inc. | 4210-000 | 7,074,423.57 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,033,291.31** | **$3,400,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Cozen O'Connor | 3210-000 | N/A | 2,010.16 | 1,772.74 | 1,772.74 |
| Other - Cozen O'Connor | 3220-000 | N/A | 42.59 | 24.21 | 24.21 |
| Trustee Compensation - Alfred T. Giuliano, Trustee | 2100-000 | N/A | 1,132.18 | 1,086.82 | 1,086.82 |
| Trustee Expenses - Alfred T. Giuliano, Trustee | 2200-000 | N/A | 107.26 | 107.26 | 107.26 |
| Accountant for Trustee Fees (Trustee Firm) - Giuliano, Miller & Co., LLC | 3310-000 | N/A | 1,762.01 | 168.46 | 168.46 |
| Accountant for Trustee Expenses (Trustee Firm) - Giuliano, Miller & Co., LLC | 3320-000 | N/A | 24.19 | 24.19 | 24.19 |
| U.S. Trustee Quarterly Fees - Office of The United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - International Sureties  LTD | 2300-000 | N/A | 15.05 | 15.05 | 15.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,423.44 | $4,528.73 | $4,528.73 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Tennessee Department of Revenue | 6820-000 | N/A | 116.96 | 116.96 | 0.00 |
| GCG, Inc. | 6700-000 | N/A | 9,244.81 | 9,244.81 | 0.00 |
| GCG, Inc. | 6710-000 | N/A | 61.74 | 61.74 | 0.00 |
| Blue Cross and Blue Shield of Illinois | 6990-000 | N/A | 45,250.00 | 45,250.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $54,673.51 | $54,673.51 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Tennessee Department of Revenue | 5800-000 | N/A | 561.52 | 561.52 | 0.00 |
| 6P | Ohio Bureau of Workers' Compensation | 5800-000 | N/A | 5,285.51 | 5,285.51 | 0.00 |
| A18 | Internal Revenue Service | 5800-000 | N/A | 500.00 | 0.00 | 0.00 |
| A19 | Internal Revenue Service | 5800-000 | N/A | 500.00 | 0.00 | 0.00 |
| NOTFILED | MECKLENBURG COUNTY BUSINESS TAX COLLECTIONS UNIT | 5800-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $6,847.03 | $5,847.03 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | ADP Inc. | 7100-000 | N/A | 198.06 | 198.06 | 0.00 |
| 4U | Tennessee Department of Revenue | 7300-000 | N/A | 25.00 | 25.00 | 0.00 |
| 6U | Ohio Bureau of Workers' Compensation | 7300-000 | N/A | 15.24 | 15.24 | 0.00 |
| NOTFILED | CORPORATION SERVICE COMPANY | 7100-000 | 3,793.80 | N/A | N/A | 0.00 |
| NOTFILED | HARTFORD | 7100-000 | 2,281.33 | N/A | N/A | 0.00 |
| NOTFILED | M MCALLISR | 7100-000 | 479.00 | N/A | N/A | 0.00 |
| NOTFILED | CAREWORKS CONSULTANTS INC. | 7100-000 | 103.95 | N/A | N/A | 0.00 |
| NOTFILED | KEMPTON BURNS | 7100-000 | 448.00 | N/A | N/A | 0.00 |
| NOTFILED | MECKLENBURG COUNTY BUSINESS TAX COLLECTIONS UNIT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BARJAN, LLC | 7100-000 | 4,542,223.00 | N/A | N/A | 0.00 |
| NOTFILED | CITY OF CHARLOTTE CHARLOTTE-MECKLENBURG | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CITY OF ROCK ISLAND | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | INTERNAL REVENUE SERVICE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STATE OF DELAWARE DIVISION OF CORPORATIONS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ROCK ISLAND COUNTY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NORTH CAROLINA DEPARTMENT OF REVENUE | 7100-000 | unknown | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $4,549,329.08 | $238.30 | $238.30 | $0.00 |

Exhibit 8

Page:  1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-10482

**Case Name:** TSC Solutions, Inc.

**Period Ending:** 10/15/19

**Trustee:** (500670) Alfred T. Giuliano, Trustee (DE)

**Filed (f) or Converted (c):** 05/08/12 (c)

**§341(a) Meeting Date:** 07/19/12

**Claims Bar Date:** 10/17/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable - Interco Rec - TSC Group<br>    Intercompany Receivable - TSC Group, LLC<br>This company is also in Chapter 7. | 3,719,963.57 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous Refunds  (u)<br>    ADP Turnover of uncashed check #51047120<br>10/14/11 $380.39<br>ADP Turnover of uncashed check #44066116<br>11/04/11 $149.46 | 1,000.00 | 1,000.00 | | 529.85 | FA |
| 3 | Tax Refunds  (u)<br>    U. S. Treasury re: F-940 Refund for Period of<br>12/31/2011 Received $3,998.88<br>Commonwealth of Virginia - Overpayment of Income<br>Tax WIthheld [Form VA-6] for year ending 2011<br>$274.87 | 3,998.88 | 3,998.88 | | 3,998.88 | FA |
| 3 | **Assets    Totals** (Excluding unknown values) | **$3,724,962.45** | **$4,998.88** | | **$4,528.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 31, 2016        **Current Projected Date Of Final Report (TFR):**    March 27, 2019  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-10482 |
| **Case Name:** | TSC Solutions, Inc. |
| | |
| **Taxpayer ID #:** | **-***8421 |
| **Period Ending:** | 10/15/19 |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Capital One Bank |
| **Account:** | ******9203 - Checking |
| **Blanket Bond:** | $161,797,706.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/12 | {2} | Automatic Data Processing | Turnover of Stale Dated Checks Check No.: 51047120 10/14/11 $380.39  Check No.: 44066116 11/04/11 $149.46 | 1229-000 | 529.85 | | 529.85 |
| 08/13/12 | {3} | United States Treasury | Refund re: Form 940 for Period Ending 12/31/2011 | 1224-000 | 3,998.88 | | 4,528.73 |
| 01/31/13 | | Capital One Bank | Transfer to Rabobank, N.A. | 9999-000 | | 4,528.73 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,528.73 | 4,528.73 | **$0.00** |
| Less: Bank Transfers | 0.00 | 4,528.73 | |
| **Subtotal** | **4,528.73** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,528.73** | **$0.00** | |

{} Asset reference(s)

Printed: 10/15/2019 02:07 PM    V.14.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-10482
**Case Name:** TSC Solutions, Inc.

**Taxpayer ID #:** **-***8421
**Period Ending:** 10/15/19

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $161,797,706.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/13 | | Rabobank, N.A. | Transfer from Capital One Bank | 9999-000 | 4,528.73 | | 4,528.73 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,518.73 |
| 03/05/13 | 10101 | International Sureties  LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #12-10482, Bond No.: 016026389 Period 01/01/13 - 01/01/14 | 2300-000 | | 4.12 | 4,514.61 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,504.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,494.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,484.61 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,474.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,464.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,454.61 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,444.61 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,434.61 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,424.61 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,414.61 |
| 01/17/14 | 10102 | International Sureties  LTD | Bond Premium on Ledger Balance as of 01/01/2014 Bond No.: 016026389 Period 01/01/14 - 01/01/15 | 2300-000 | | 3.74 | 4,410.87 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,400.87 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,390.87 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,380.87 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,370.87 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,360.87 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,350.87 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,340.87 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,330.87 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,320.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,310.87 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,300.87 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,290.87 |
| 01/26/15 | 10103 | International Sureties  LTD | Chapter 7 Blanket Bond No.: 016026389 for Period of 01/01/15 - 01/01/16 | 2300-000 | | 4.18 | 4,286.69 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,276.69 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,266.69 |
| 03/17/15 | | International Sureties  LTD | Refund re: Premium Adjustment | 2300-000 | | -1.71 | 4,268.40 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,258.40 |

Subtotals :    $4,528.73    $270.33

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-10482 | |
| **Case Name:** | TSC Solutions, Inc. | |
| | | |
| **Taxpayer ID #:** | **-***8421 | |
| **Period Ending:** | 10/15/19 | |

| | |
|---|---|
| **Trustee:** | Alfred T. Giuliano, Trustee (DE) (500670) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******4666 - Checking Account |
| **Blanket Bond:** | $161,797,706.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,248.40 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,238.40 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,228.40 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,218.40 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,208.40 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,198.40 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,188.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,178.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,168.40 |
| 01/05/16 | 10104 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #12-10482, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 Voided on 01/05/16 | 2300-004 | | 1.81 | 4,166.59 |
| 01/05/16 | 10104 | Hilco Real Estate, LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #12-10482, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 Voided: check issued on 01/05/16 | 2300-004 | | -1.81 | 4,168.40 |
| 01/05/16 | 10105 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2015 FOR CASE #12-10482, Bond No.: 016026389 for Period of 01/01/16 - 01/01/17 | 2300-000 | | 1.81 | 4,166.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,156.59 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,146.59 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,136.59 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,126.59 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,116.59 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,106.59 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,096.59 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,086.59 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,076.59 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,066.59 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,056.59 |
| 12/16/16 | 10106 | Cozen O'Connor | First Fee Application for Period of May 9, 2012 - November 7, 2014 [Docket No.: 272] | | | 1,018.18 | 3,038.41 |
| | | | First Fee Application for Compensation of          1,003.87 | 3210-000 | | | 3,038.41 |

| | | | |
|---|---|---|---|
| | Subtotals : | $0.00 | $1,219.99 |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 12-10482 |
|---|---|
| Case Name: | TSC Solutions, Inc. |
| Taxpayer ID #: | **-***8421 |
| Period Ending: | 10/15/19 |

| Trustee: | Alfred T. Giuliano, Trustee (DE) (500670) |
|---|---|
| Bank Name: | Rabobank, N.A. |
| Account: | ******4666 - Checking Account |
| Blanket Bond: | $161,797,706.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Professional Fees for Period of May 9, 2012 - November 7, 2014 | | | | |
| | | | First Fee Application for     14.31 Reimbursement of Expenses for Period of May 9, 2012 - November 7, 2014 | 3220-000 | | | 3,038.41 |
| 12/16/16 | 10107 | Cozen O'Connor | Second Fee Application for Period of Nov 8, 2014 - Nov 11, 2016 [Docket No. 318] | | | 401.51 | 2,636.90 |
| | | | Second Fee Application     391.61 for Compensational of Professional Fees for Period of Nov 8, 2014 - Nov 11, 2016 | 3210-000 | | | 2,636.90 |
| | | | Second Fee Application     9.90 for Reimbursement of Expenses for Period of Nov 8, 2014 - Nov 11, 2016 | 3220-000 | | | 2,636.90 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,626.90 |
| 01/16/17 | 10108 | International Sureties  LTD | Blanket Bond Premium for Bond No.: 016026389 for Period of 01/01/17 - 01/01/18 | 2300-000 | | 1.31 | 2,625.59 |
| 01/23/17 | 10109 | Giuliano, Miller & Co., LLC | First Fee Application for Compensation of Professional Fees & Reimbursement of Expenses for Period of May 9, 2012 - September 30, 2016 [Docket No.: 319] | | | 1,031.34 | 1,594.25 |
| | | | First Fee Application for     1,007.15 Compensation of Professional Fees for Period of May 9, 2012 - September 30, 2016 | 3310-000 | | | 1,594.25 |
| | | | First Fee Application for     24.19 Reimbursement of Expenses for Period of May 9, 2012 - September 30, 2016 | 3320-000 | | | 1,594.25 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,584.25 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,574.25 |

| | | | Subtotals : | | $0.00 | $1,464.16 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-10482
**Case Name:** TSC Solutions, Inc.

**Taxpayer ID #:** **-***8421
**Period Ending:** 10/15/19

**Trustee:** Alfred T. Giuliano, Trustee (DE) (500670)
**Bank Name:** Rabobank, N.A.
**Account:** ******4666 - Checking Account
**Blanket Bond:** $161,797,706.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,564.25 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,554.25 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,544.25 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,534.25 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,524.25 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,514.25 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,504.25 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,494.25 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,484.25 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,474.25 |
| 01/24/18 | 10110 | International Sureties  LTD | Blanket Bond Premium for Bond No.:<br>016026389 for Period of 01/01/18 - 01/01/19 | 2300-000 | | 0.58 | 1,473.67 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,463.67 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,453.67 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,443.67 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,433.67 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,423.67 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,413.67 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,403.67 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,393.67 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,388.67 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,383.67 |
| 03/06/19 | 10111 | International Sureties  LTD | Blanket Bond Premium for Bond No.:<br>016026389 for Period of 01/01/19 - 01/01/20 | 2300-000 | | 1.02 | 1,382.65 |
| 03/14/19 | 10112 | TSC Group, LLC, Case No.:<br>12-10819 | Transfer Funds from 12-10482 to 12-10819 re:<br>Cozen O'Connor per Professional<br>Fees/Expense Allocation | 3210-000 | | 377.26 | 1,005.39 |
| 03/15/19 | | Cozen O'Connor | Void - Entered in Error; See Deposit Reversal<br>No.: 72 | 3210-000 | | -377.26 | 1,382.65 |
| 03/15/19 | | TSC Solutions, Inc., Case No.:<br>12-10482 | Reversed Deposit 100001 1 Entered in Error<br>See Deposit No.: 100001-1 | 3210-000 | | 377.26 | 1,005.39 |
| 03/25/19 | | Giuliano, Miller & Company, LLC | Additional GMC Contribution of $1,007.15<br>Fees & $24.19 Expenses plus Additional<br>Reduction in Fees of $339.63 for a total<br>Contribution of $1,370.97 to Allow Chapter 7<br>Professionals Fee Allocation & 100% UST<br>Fees | | | -1,031.34 | 2,036.73 |
| | | Giuliano, Miller & Co., LLC | Additional GMC    -1,007.15 | 3310-000 | | | 2,036.73 |

Subtotals :   $0.00   $-462.48

{} Asset reference(s)

Printed: 10/15/2019 02:07 PM   V.14.57

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 12-10482 | | | **Trustee:** Alfred T. Giuliano, Trustee (DE) (500670) | | | |

**Case Name:** TSC Solutions, Inc.    **Bank Name:** Rabobank, N.A.

**Account:** ******4666 - Checking Account

**Taxpayer ID #:** **-***8421    **Blanket Bond:** $161,797,706.00  (per case limit)

**Period Ending:** 10/15/19    **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Contribution of $1,007.15 Fees & 19.06 Expenses to Allow Chapter 7 Professionals Fee Allocation & 100% UST Fees | | | | |
| | | Giuliano, Miller & Co., LLC | Additional GMC    -24.19 Contribution of $19.06 Expenses to Allow Chapter 7 Professionals Fee Allocation & 100% UST Fees | 3320-000 | | | 2,036.73 |
| 08/29/19 | 10113 | Alfred T. Giuliano, Trustee | Trustee Compensation [Docket No.: 22] | 2100-000 | | 1,086.82 | 949.91 |
| 08/29/19 | 10114 | Alfred T. Giuliano, Trustee | Trustee Expenses [Docket No.: 22] | 2200-000 | | 107.26 | 842.65 |
| 08/29/19 | 10115 | Giuliano, Miller & Co., LLC | Accountant for Trustee Fees [Docket No.: 353] | 3310-000 | | 168.46 | 674.19 |
| 08/29/19 | 10116 | Giuliano, Miller & Co., LLC | Accountant for Trustee Expenses [Docket No.: 353] | 3320-000 | | 24.19 | 650.00 |
| 08/29/19 | 10117 | Office of The United States Trustee | Final Distribution [Docket No.: 23] | 2950-000 | | 650.00 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,528.73 | 4,528.73 | $0.00 |
| Less: Bank Transfers | 4,528.73 | 0.00 | |
| **Subtotal** | 0.00 | 4,528.73 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $4,528.73 | |

Net Receipts :   4,528.73

Net Estate :   $4,528.73

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9203** | 4,528.73 | 0.00 | 0.00 |
| **Checking # ******4666** | 0.00 | 4,528.73 | 0.00 |
| | $4,528.73 | $4,528.73 | $0.00 |